THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:23-cv-500 |
| JOHN DOE, personal representative of the Estate of Samuel Pittman Guy, II, et al., | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION TO APPOINT PERSONAL REPRESENTATIVE**

Upon the motion of the United States of America, any response or reply thereto, and in consideration of the entire record in this case, and for good cause shown, the Court hereby

ORDERS that the motion is GRANTED; and further

ORDERS that Neill Pittman Guy, II, shall serve as personal representation of the Estate of Samuel Pittman Guy, II solely for the purposes of this litigation; and further

ORDERS that the Clerk of Court shall substitute Neill Pittman Guy, II, in his capacity as limited personal representative of the Estate of Samuel Pittman Guy, II into the place of John Doe in the caption of this action.

SO ORDERED.

Date: 2/26, 2024

*/s/ Louise W. Flanagan*
The Honorable Louise W. Flanagan
United States District Judge