THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOE, personal representative of the )<br>Estate of Samuel Pittman Guy, II, et al., )<br>)<br>Defendants. )<br>) | Case No. 5:23-cv-500 |

## ENTRY OF DEFAULT

IT APPEARING by affidavit of counsel for the Plaintiff that Defendants Betty Neill Guy-Parson, Margaret Ann Guy-Alligood, Samuel Pittman Guy, III, and Jennifer Guy have failed to appear, plead, or otherwise defend this action within the prescribed time allowed by the Federal Rules of Civil Procedure; therefore, default is hereby entered against Defendants Betty Neill Guy-Parson, Margaret Ann Guy-Alligood, Samuel Pittman Guy, III, and Jennifer Guy.

Dated this 26 day of February, 2024.

PETER A. MOORE, JR.
Clerk of Court