UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | **DEFAULT JUDGMENT** |
| v. ) | |
| ) | No. 5:23-CV-500-FL |
| BETTY NEILL GUY-PARSON, sister of Samuel ) | |
| Pittman Guy, II et al ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on plaintiff's motion for default judgment as to Jennifer Guy and Samuel Pittman Guy, II.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 13, 2024, for the reasons set forth more specifically therein, that judgment is entered in favor of plaintiff against defendants Jennifer Guy and Samuel Pittman Guy, III. Further Samuel Pittman Guy, III and Jennifer Guy have no interest in the real properties identified in the complaint located in Fayetteville, North Carolina.

**This Judgment Filed and Entered onMay 13, 2024, and Copies To:**
Kyle Bishop / Maria E. Ruwe (via CM/ECF Notice of Electronic Filing)
Neil Pittman Guy, II (via US mail at 180 Ellerslie Drive, Fayetteville, NC 28303)
Claire Collins Dickerhoff (via CM/ECF Notice of Electronic Filng)


May 13, 2024                           PETER A. MOORE, JR., CLERK

                                         /s/ Sandra K. Collins
                                       (By) Sandra K. Collins, Deputy Clerk